TERRY BUSHY ET AL. *v.* GEORGE E. FORSTER ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 50 Conn. App. 233 (AC 12729), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

*Max F. Brunswick,* in support of the petition.

Decided December 7, 1998